UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL BUTLER**                                                                                              **PLAINTIFF**

**V.**                           **CASE NO. 3:12CV00059 BRW**

**SHANNON LANGSTON,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Michael Butler's claims are DISMISSED, WITHOUT PREJUDICE. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 9th day of March 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE