## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL BUTLER**                                                                           **PLAINTIFF**

**V.**                                   **3:12CV00059 BRW**

**SHANNON LANGSTON,** *et al.*                                                        **DEFENDANTS**

### ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 7) is DENIED.

IT IS SO ORDERED this 21st day of March, 2012.

                                                    /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE